AO 467 (Rev. 9/03) Order for Defendant to Appear

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

Alejandro
Mendoza-Alvarez

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER: 06-MJ-01078

CHARGING DISTRICTS
CASE NUMBER: M06-0351

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the Eastern District of New York; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the _____ ,
*Place and Address*

for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified) _____ on May 8 2006 9:00 AM
*Date and Time*

_____
Signature of Judge

April 24, 2006
*Date*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
*Name of Judge*   *Title of Judge*